# EXHIBIT "A"

**EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA
**22-SCCV-093880**
JBH
FEB 04, 2022 02:17 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CARLA CLEVELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) |
| MACON MEMORIAL PARK d/b/a MACON MEMORIAL PARK CEMETERY #06232, SCI SHARED SERVICES, INC., and JOHN DOE NOS. 1-10, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above styled action, by and through her undersigned attorney of record, and hereby files this Complaint for Damages, respectfully showing this Honorable Court the Following:

1.

Defendant MACON MEMORIAL PARK d/b/a MACON MEMORIAL PARK CEMETERY #06232 (hereinafter "MACON MEMORIAL PARK") is a domestic profit corporation who, at all times relevant to this Complaint, owned, operated, managed and/or maintained the cemetery located at 3969 Mercer University Drive, Macon, Bibb County Georgia 31204, subjecting it to the venue and jurisdiction of this Court.

2.

Defendant SCI SHARED SERVICES, INC. is a foreign corporation who, at all times relevant to this Complaint, owned, operated, managed and/or maintained the

cemetery complex located at 3969 Mercer University Drive, Macon, Bibb County, Georgia 31204, subjecting it to the venue and jurisdiction of this Court.

3.

Defendant JOHN DOE NOS. 1-10, at all times relevant to this Complaint for Damages, was and is an employee and/or agent of MACON MEMORIAL PARK and/or SCI SHARED SERVICES, INC., subjecting him/her to the jurisdiction and venue of this Court as a joint tort-feasor.

4.

On or about March 30, 2021, on the subject premises, Plaintiff, as an invitee, tripped, fell, and broker her foot because of a dangerous condition on the subject property due to the negligence of Defendants MACON MEMORIAL PARK, SCI SHARED SERVICES, INC., and JOHN DOE NOS. 1-10.

5.

Defendant MACON MEMORIAL PARK, the owner, operator, manager, and/or entity charged with maintaining the subject premises, was negligent, as pled in ¶ 4, by creating the dangerous condition, by failing to provide sufficient warning of the dangerous condition, by failing to remedy or remove the dangerous condition, by failing to use ordinary care in preventing dangerous conditions that could injure invitees, and by hiring and retaining an unsafe employee(s), to wit: Defendant JOHN DOE NOS. 1-10.

6.

Defendant SCI SHARED SERVICES, INC., the owner, operator, manager, and/or entity charged with maintaining the subject premises, was negligent, as pled in ¶ 4, by creating the dangerous condition, by failing to provide sufficient warning of the

dangerous condition, by failing to remedy or remove the dangerous condition, by failing to use ordinary care in preventing dangerous conditions that could injure invitees, and by hiring and retaining an unsafe employee(s), to wit: Defendant JOHN DOE NOS. 1-10.

7.

Defendant JOHN DOE NOS. 1-10, an employee and/or agent of Defendants MACON MEMORIAL PARK and/or SCI SHARED SERVICES, INC. was negligent, as pled in ¶ 4, by creating the dangerous condition, by failing to provide sufficient warning of the dangerous condition, by failing to remedy or remove the dangerous condition, and by failing to use ordinary care in preventing dangerous conditions that could injure invitees.

8.

As a proximate and foreseeable result of Defendants' negligence, Plaintiff was seriously injured, incurring medical expenses in excess of $5,620.00, and lost wages in excess of $8,211.50.

9.

In addition to ¶ 8, Plaintiff has endured and will continue to endure pain and suffering.

10.

Plaintiff has a cause of action against Defendant JOHN DOE NOS. 1-10 for negligence and all other applicable theories of liability.

11.

Plaintiff has a cause of action against Defendant MACON MEMORIAL PARK for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

12.

Plaintiff has a cause of action against Defendant SCI SHARED SERVICES, INC. for negligence, negligent hiring and retention of an unsafe employee(s), respondeat superior, and all other applicable theories of liability.

13.

Plaintiff is entitled to recover from Defendants for her past and future medical expenses, past and future pain and suffering, lost wages, and all other damages as permitted by Law.

WHEREFORE, Plaintiff prays that she have a judgment against Defendants in an amount to be determined by a jury to be adequate and just.

This 4th day of February, 2022.

Ashley Cameron-Bivins
Georgia Bar No. 914842
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202-0013
(478) 742-8441
ashley@dozierlaw.com