IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARLA CLEVELAND, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-105-MTT |
| | * |
| ALDERWOODS (GEORGIA) LLC d/b/a MACON MEMORIAL PARK, et al, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 10, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 11th day of May, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk